UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGDALIA NIEVES,<br><br>                            Plaintiff,<br><br>              -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                            Defendant. | 23-CV-5 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.**

Dated: August 2, 2023
       New York, New York

                                SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge