UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGDALIA NIEVES,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

23-CV-5 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    Pursuant to the Court's Order at ECF No. 19, the Clerk of Court is directed to CLOSE the case.

    SO ORDERED.

Dated: March 28, 2024
       New York, New York

_____
JESSICA G. L. CLARKE
United States District Judge