**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
MIGDALIA NIEVES,

                Plaintiff,                      23 **CIVIL** 0005 (JGLC)

      -against-                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated March 7, 2024, the Report and Recommendation is ADOPTED in its entirety. Accordingly, the decision of the Commissioner is REVERSED. The Commissioner is directed to provide Supplemental Security Income to Plaintiff for the period beginning November 5, 2020. The case is REMANDED to the Commissioner for the determination of an exact onset date, which may be earlier than November 5, 2020, and for calculation of benefits.

**Dated:** New York, New York
         March 29, 2024

                                                           **RUBY J. KRAJICK**
                                                               _____
                                                                 **Clerk of Court**

                            **BY:**
                                                    _____
                                                              **Deputy Clerk**